UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   SHELIA ROBINSON                    §    Case No.: 08-30684
                                            §
                                            §
         Debtor(s)                          §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 11/11/2008.

2)  This case was confirmed on 01/28/2009.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/28/2009.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 01/20/2011.

5)  The case was dismissed on 03/09/2011.

6)  Number of months from filing to the last payment:  24

7)  Number of months case was pending:  31

8)  Total value of assets abandoned by court order:  NA

9)  Total value of assets exempted: $     5,450.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

| **Receipts:** | |
|---|---|
| Total paid by or on behalf of the debtor | $ 12,984.02 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 12,984.02 |

| **Expenses of Administration:** | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,474.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 839.50 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,313.50 |
| Attorney fees paid and disclosed by debtor | $ 26.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CONSUMER PORTFOLIO S | SECURED | 6,600.00 | 15,913.00 | 15,913.00 | 7,580.54 | 1,089.98 |
| CONSUMER PORTFOLIO S | UNSECURED | 9,313.00 | 279.49 | 279.49 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 6,055.00 | 7,078.77 | 7,078.77 | .00 | .00 |
| CASH YES CARD | UNSECURED | 889.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 200.00 | 1,070.00 | 1,070.00 | .00 | .00 |
| COMCAST | UNSECURED | 794.00 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 490.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | 3,300.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,019.00 | 938.02 | 938.02 | .00 | .00 |
| METABANK | UNSECURED | 888.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 701.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,670.00 | NA | NA | .00 | .00 |
| TREMONT FINANCIAL | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4,731.00 | 6,847.45 | 6,847.45 | .00 | .00 |
| USA FUNDS | UNSECURED | 3,105.00 | NA | NA | .00 | .00 |
| USA FUNDS | UNSECURED | 2,365.00 | NA | NA | .00 | .00 |
| USA FUNDS | UNSECURED | 1,553.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 660.00 | 679.01 | 679.01 | .00 | .00 |
| ALL PROPERTIES | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 11,799.49 | 11,799.49 | .00 | .00 |
| PLANITES CREDIT UNIO | UNSECURED | 2,200.00 | 2,535.75 | 2,535.75 | .00 | .00 |
| MELVIN J KAPLAN | UNSECURED | NA | 1,300.00 | 1,300.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.===========================================================================.
| **Scheduled Creditors:**                                                  |
|                                                                           |
| Creditor                 Claim        Claim        Claim     Principal      Int.  |
|   Name         Class    Scheduled    Asserted     Allowed       Paid        Paid  |
|                                                                           |
|INTERNAL REVENUE SER  UNSECURED      NA      1,713.29     1,713.29         .00         .00 |
|PEOPLES GAS LIGHT &   UNSECURED      NA         92.03        92.03         .00         .00 |
.===========================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 15,913.00 | 7,580.54 | 1,089.98 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 15,913.00 | 7,580.54 | 1,089.98 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,078.77 | .00 | .00 |
| **TOTAL PRIORITY:** | 7,078.77 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 27,254.53 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,313.50 |
| Disbursements to Creditors | $ | 8,670.52 |
| **TOTAL DISBURSEMENTS:** | $ | 12,984.02 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/07/2011           /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**